

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

Nos. 04-13-00099-CV, 04-13-00100-CV,
and 04-13-00101-CV

**EX PARTE** Sean C. **MCNAMARA**

From the 198th Judicial District Court, Kerr County, Texas
Trial Court Nos. 121073B, 121074B, and 121075B
Honorable Rex Emerson, Judge Presiding

# O R D E R

This court issued its mandate in these appeals on June 4, 2014. On December 30, 2014, Sean C. McNamara asked this court to issue an order pertaining to his appeal.

This court's plenary power in appeals 04-13-00099-CV, 04-13-00100-CV, and 04-13-00101-CV has expired; this court no longer has jurisdiction in these appeals. *See* TEX. R. APP. P. 19.1 (plenary power period); *id.* 19.3 ("After its plenary power expires, the court cannot vacate or modify its judgment.").

_Patricia O. Alvarez_
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court